UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAURA L. TIMLICK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　　　Defendants. | CASE NO. C16-5797 BHS<br><br>ORDER DENYING PARTIES' MOTION TO CONTINUE |

This matter comes before the Court on the parties' stipulated motion to continue trial and remaining deadlines (Dkt. 36).

On October 12, 2017, the parties filed the instant stipulation requesting an extension of remaining and past deadlines and the trial date. *Id*. The parties assert that they need additional time to explore settlement. *Id*. "A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The possibility of a settlement exists in almost every case and, without more, is not good cause to extend deadlines, especially ones that have already passed. Therefore, the Court **DENIES** the parties' motion without prejudice. If the parties intend to file a new motion for extension

of dates, the Court will be very reluctant to extend the dispositive motions deadline and trial date.

**IT IS SO ORDERED**.

Dated this 16th day of October, 2017.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge