The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LAURA L. TIMLICK, an unmarried woman

Plaintiff,

vs.

BANK OF AMERICA, N.A., a foreign
corporation; RESIDENTIAL CREDIT
SOLUTIONS, INC., a foreign corporation;
THE BANK OF NEW YORK MELLON, fka
The Bank of New York, as Trustee for the
Certificateholders of CWMBS, Inc., CHL
Mortgage Pass-Through 2007-10, a national
association; RENEE M. PARKER, a resident of
California, and NORTHWEST TRUSTEE
SERVICES, INC., a Washington corporation,

Defendants.

Case No. 3:16-cv-05797-BHS

**AMENDED STIPULATION AND
ORDER FOR CONTINUANCE OF
THE TRIAL DATE AND PRETRIAL
DATES**

**STIPULATION AND ORDER FOR CONTINUANCE OF THE TRIAL DATE AND
PRETRIAL DATES**

## I.   INTRODUCTION

Plaintiff Laura L. Timlick ("Plaintiff") and Defendants Bank of America, N.A. ("BANA"),

The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders

of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2007-10 Mortgage Pass-Through

Certificates, Series 2007-10 (erroneously sued as The Bank of New York Mellon, fka The Bank

of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL tRenee M. Parker, and

STIPULATION AND ORDER
FOR CONTINUANCE OF THE TRIAL DATE - 1
AND PRETRIAL DATES

BARRAZA LAW PLLC
14245-F AMBAUM BLVD SW
SEATTLE WA 98166
Tel. 206-933-7861/Fax206-933-7863

Northwest Trustee Services, Inc. ("NWTS") (collectively, "Defendants"), hereby respectfully submit this Stipulation and Proposed Order for Continuance of the Trial Date and Pretrial Dates for the good cause stated below:

## II. FACTS IN SUPPORT OF REQUEST FOR EXTENSION OF TRIAL AND RELATED DEADLINES

Plaintiff counsel's father fell ill this year and seemed to recover. However, a few short months after, he succumbed to his illness and passed away this summer. As a result, counsel traveled to Texas twice, each for an extended period of time. Soon after the funeral in early June in California, counsel suffered a severe case of pneumonia and was unable to work fully for several weeks. In light of these events, counsel is being crushed under his substantial caseload. Counsel has hired a contract attorney to help him catch up and to ensure that this case is better managed.

Plaintiff and RCS and Renee Parker have reached an agreement to settle, the parties are going over the last details of their Settlement Agreement and should have it signed soon. Thus, all claims against RCS and Parker will be dismissed.

Plaintiff anticipates resolution of her claims against defendant NWTS as well in short order.

Regarding the remaining claims against BANA and BNY Mellon, BNY Mellon has initiated litigation in the state court, under Kitsap County Case No. 15-2-02030-9, which is still pending. The parties have agreed to suspend their discovery effort to concentrate their time and resources exploring a global settlement. However, their negotiation requires the valuation of Plaintiff's real property which is under multiple lawsuits involving boundary dispute. Several appraisers were consulted but declined to be involved and the search for a skilled and willing appraiser is underway.

While settlement negotiation were underway, the defendant BANA's representative that defense counsel had been working with, went on maternity leave in September 2017. Her replacement will require time to become familiarized with the facts of the case and status of the

STIPULATION AND ORDER
FOR CONTINUANCE OF THE TRIAL DATE - 2
AND PRETRIAL DATES

**BARRAZA LAW PLLC**
14245-F AMBAUM BLVD SW
SEATTLE WA 98166
Tel. 206-933-7861/Fax206-933-7863

proceedings in this Court as well as in Kitsap County in order to participate in meaningful settlement discussion with the Plaintiff.

Plaintiff counsel was hesitant to divulge his personal crisis and therefore did not provide the Court with the underlying reasons for the original request for continuance. However, defense counsel have been most gracious and cooperative in joining plaintiff counsel's request for an extension of the trial date and all related deadlines. The parties' collective desire is to settle their differences without a trial, thereby conserving judicial time and resources; they just needed some additional time to do so.

### III.    PROCEDURAL FACTS

Plaintiff filed suit against Defendants in the United States District Court for the Western District of Washington on or about September 19, 2016. Dkt. No. 1. The Complaint relates to the disposition of real property located in Kitsap County, Washington. Defendants BANA and BNY Mellon filed an Answer to Plaintiff's Complaint on October 31, 2016. Dkt. No. 17. Defendants Renee M. Parker, Residential Credit Solutions, Inc. ("RCS") and Northwest Trustee Service, Inc. ("Northwest") filed Motions to Dismiss on October 17, 2016, and October 24, 2016, respectively. Dkt. No. 14 and Dkt. No. 16. On January 17, 2017, the Court issued an Order denying in part and granting in part the Motion to Dismiss and granted leave to Plaintiff to file an amended complaint. Dkt. No. 23.

Plaintiff's First Amended Complaint was filed on January 19, 2017. Dkt. No. 25. On February 3, 2017, the Court issued an Order setting the relevant dates and deadlines, including the trial date, for this matter. Dkt. No. 26. RCS and Ms. Parker filed a Motion to Dismiss Plaintiff's First Amended Complaint on March 16, 2017. Dkt. No. 27. Defendants filed an Answer to Plaintiff's First Amended Complaint on April 11, 2017. Dkt. No. 30. On May 18, 2017, the Court issued an Order granting in part and denying in part RCS and Ms. Parker's Motion to Dismiss and gave leave to Plaintiff to amend. Dkt. No. 31. Plaintiff filed a Second Amended Complaint on June 7, 2017. Dkt. No. 34.

STIPULATION AND ORDER
FOR CONTINUANCE OF THE TRIAL DATE - 3
AND PRETRIAL DATES

**BARRAZA LAW PLLC**
14245-F AMBAUM BLVD SW
SEATTLE WA 98166
Tel. 206-933-7861/Fax206-933-7863

# IV. PRAYER FOR RELIEF

This is the first requested continuance of the trial date and other pretrial dates that were set by the Court on February 3, 2017. The parties jointly request the Court to extend the trial date and all related deadlines accordingly.

DATED:

WITHERSPOON · KELLEY

s/ *Michael J. Kapaun* by email authorization
Michael J. Kapaun, Esq., WSBA # 36864
*Attorneys for Defendants*
*Bank of America, N.A.;*
*The Bank of New York Mellon,*
*fka The Bank of New York, as Trustee for the*
*Certificateholders of CWMBS, Inc., CHL*
*Mortgage Pass-Through 2007-10*

BARRAZA LAW, PLLC

s/ *Vicente Omar Barraza*
Vicente Omar Barraza, Esq., WSBA # 43589
*Attorneys for Plaintiff*

RCO LEGAL, P.S.

s/ *John A. McIntosh* by email authorization
John A. McIntosh, WSBA No. 43113
*Attorneys for Defendant Northwest*
*Trustee Services, Inc.*

It is so ordered. The clerk shall issue an abbreviated schedule based on a trial date of 4/3/18.

DATED: October 18, 2017

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER
FOR CONTINUANCE OF THE TRIAL DATE - 4
AND PRETRIAL DATES