The Honorable Judge Settle

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| LAURA L. TIMLICK, | No. 16-05797-BHS |
| Plaintiff, | |
| v. | **MOTION BY RCO LEGAL, P.S. TO WITHDRAW AS COUNSEL FOR DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.** |
| BANK OF AMERICA, N.A., a foreign corporation; RESIDENTIAL CREDIT SOLUTIONS, INC., a foreign corporation; THE BANK OF NEW YORK MELLON, fka The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through 2007-10, a national association; RENEE M. PARKER, a resident of California; and NORTHWEST TRUSTEE SERVICES, INC., a Washington corporation, | **NOTING DATE: DECEMBER 22, 2017** |
| Defendants. | |

## I.    MOTION

Pursuant to LR 83.2, RCO Legal, P.S. ("RCO") moves to withdraw as counsel for Defendant Northwest Trustee Services, Inc. ("NWTS") in the above-entitled action. The withdrawal is at the client's request for the reasons set forth herein.

## II.    ARGUMENT

The undersigned has been informed that RCO Legal, P.S. is closing all offices in Washington and nationwide, and his employment with RCO Legal, P.S. will be terminated as of December 12, 2017. NWTS has been informed of the firm's closure as well as the

MOTION BY RCO LEGAL TO WITHDRAW
AS COUNSEL FOR DEFENDANT NWTS
PAGE 1 OF 4

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  consequences of the proposed withdrawal from representation, and as client, has consented to the
2  withdrawal.
3       Pursuant to LR 83.2(1), the address for further pleadings and/or correspondence to be
4  served upon NWTS in this case is: c/o General Counsel, 13555 S.E. 36th St., Ste. 100, Bellevue,
5  WA 98006, with a phone number of 425-586-1900.
6       As shown in the attached declaration of service, NWTS has been provided with a copy of
7  this Motion and the proposed order.

### III.   CONCLUSION

9       For the foregoing reasons, RCO respectfully submits that this Motion to Withdraw should
10  be granted.
11       DATED this 6th day of December, 2017.

**RCO LEGAL, P.S.**

By: /s/ Joshua S. Schaer
    Joshua S. Schaer, WSBA #31491
    Attorney for Defendant Northwest Trustee
    Services, Inc.

MOTION BY RCO LEGAL TO WITHDRAW
AS COUNSEL FOR DEFENDANT NWTS
PAGE 2 OF 4

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

**Declaration of Service**

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of 18 years and not a party to this action, and I am competent to be a witness herein.

2. On December 7, 2017 I caused a copy of the MOTION BY RCO LEGAL, P.S. TO WITHDRAW AS COUNSEL FOR DEFENDANT NORTHWEST TRUSTEE SERVICES, INC. and PROPOSED ORDER to be served to the following in the manner noted below:

| | |
|---|---|
| V. Omar Barraza<br>Barraza Law, PLLC<br>14245-F Ambaum Blvd. SW<br>Seattle, WA  98166<br><br>Attorneys for Plaintiff | [X]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[X] CM/ECF Electronic Service |
| Michael J. Kapaun<br>Steven J. Dixson<br>Witherspoon Kelley<br>422 W. Riverside Ave., Suite 1100<br>Spokane, WA  99201<br><br>Attorneys for Defendants Bank of America, N.A. and The Bank of New York Mellon | [X]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[X] CM/ECF Electronic Service |
| Northwest Trustee Services, Inc.<br>13555 S.E. 36th St., Ste. 100<br>Bellevue, WA 98006<br><br>Defendant | [  ]  US Mail, Postage Prepaid<br>[X]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile |
| Lucasz I. Wozniak<br>Wright Finlay & Zak, LLP<br>4665 MacArthur Court, Suite 200<br>Newport Beach, CA  92660<br><br>Attorneys for Defendants Residential Credit Solutions, Inc. and Renee Parker | [X]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[  ]  Email<br>[X] CM/ECF Electronic Notice |

//

//

//

MOTION BY RCO LEGAL TO WITHDRAW
AS COUNSEL FOR DEFENDANT NWTS
PAGE 3 OF 4

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this **7th** day of December, 2017.

/s/ Ali Small
Ali Small, Paralegal

MOTION BY RCO LEGAL TO WITHDRAW
AS COUNSEL FOR DEFENDANT NWTS
PAGE 4 OF 4

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131