Hon. Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LAURA L. TIMLICK, an unmarried woman,

    Plaintiff,

vs.

BANK OF AMERICA, N.A., a foreign corporation; RESIDENTIAL CREDIT SOLUTIONS, INC., a foreign corporation; THE BANK OF NEW YORK MELLON, fka The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through 2007-10, a national association; RENEE M. PARKER, a resident of California, and NORTHWEST TRUSTEE SERVICES, INC., a Washington corporation.

    Defendants.

CASE: 3:16-cv-05797-BHS

ORDER UPON SECOND STIPULATION FOR CONTINUANCE OF THE TRIAL DATE AND PRETRIAL DATES

THIS MATTER HAVING COME BEFORE THE COURT upon Stipulated Motion for Continuance of the Trial Date and Pretrial Dates,

ORDER UPON SECOND STIPULATION FOR CONTINUANCE OF THE TRIAL DATE AND PRETRIAL DATES
3:16-cv-05797-BHS

1

**HENRY & DEGRAAFF, PS**
150 Nickerson St, Ste 311
SEATTLE WA 98109
Tel. 206-330-0595/Fax206-400-7609

The Court, having considered the Motion, court file and records, finds good cause and hereby GRANTS the Second Stipulated Motion for Continuance of the Trial Date and Pretrial Dates.

The Clerk shall issue a new abbreviated scheduling order based on a trial date of 6/5/2018.

ENTERED this 16th day of January, 2018

_____
BENJAMIN H. SETTLE
United States District Judge

Approved as to Form:

WITHERSPOON · KELLEY          HENRY & DEGRAFF, P.S.

_____  _____
Michael J. Kapaun, Esq., WSBA # 36864    Christina L Henry, WSBA # 31273
*Attorneys for Defendants*               *Attorneys for Plaintiff*
*Bank of America, N.A.;*
*The Bank of New York Mellon,*           BARRAZA LAW, PLLC
*fka The Bank of New York, as Trustee for the*   Vicente Omar Barraza, Esq., WSBA # 43589
*Certificateholders of CWMBS, Inc., CHL*  *Attorneys for Plaintiff*
*Mortgage Pass-Through 2007-10*